*Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Elizabeth B. Davis* for the United States.

No. 756. SEAVEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Thomas D. McBride* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Robert S. Erdahl* for the United States.

No. 760. IOWA ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. *Robert L. Larson* and *Neill Garrett* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter, Bradford Ross* and *Willard W. Gatchell* for the Federal Power Commission; and *Andrew G. Haley, James A. McKenna, Jr., Vernon L. Wilkinson* and *David W. Robinson, Jr.* for the First Iowa Hydro-Electric Cooperative, respondents.

No. 763. DE BOTHEZAT IMPELLER CO., INC. *v.* AMERICAN MACHINE & METALS, INC. C. A. 2d Cir. Certiorari denied. *Samuel Williston, Chester B. McLaughlin* and *Watson Washburn* for petitioner. *Leonard P. Moore* and *Charles Pickett* for respondent.

No. 764. SHAFER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur E. T. Chapman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 765. MONTMARQUET, DOING BUSINESS AS O. C. MANUFACTURING CO., *v.* JOHNSON & JOHNSON. C. A. 3d